IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENVILLE DIVISION

| | |
|---|---|
| **GARY MCCROSKEY** | ) |
| Plaintiff, | ) |
| vs. | ) |
| **THE ROBINETTE COMPANY,** | ) Case Number: _____ |
| Defendants. | ) |

## DEFENDANT'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant The Robinette Company (hereinafter "Defendant" or "Robinette") by and through undersigned counsel, hereby gives notice that the civil action presently pending in the Chancery Court for Sullivan County, Tennessee, identified as <u>Gary McCroskey v. The Robinette Company</u>, Case No. 24-CB-28567(M), is removed to this Court without waiving any rights to which Defendant may be entitled.

As grounds for this notice, Defendants show the following:

1. In accordance with 28 U.S.C. §1446(a), copies of all record documents, including all orders, pleadings and service of process that have to date been served upon Defendant are attached as **EXHIBIT A.**

2. The Complaint in the above action was filed in the Chancery Court for Sullivan County, Tennessee on May 6, 2024. Defendant received service of the Summons and Complaint on May 7, 2024. Pursuant to 28 U.S.C. § 1446(b), this was the date of receipt by Defendant of the Complaint.

1767658.1
11106382v1

3. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal was timely filed within thirty (30) days of Defendant's receipt of service of the Complaint.

4. Removal of the action is proper under 28 U.SC. § 1441(a) and (b) and § 1331, federal question jurisdiction, in that this is a civil action arising under the laws of the United States. In "Count Three" of the Complaint, Plaintiff alleges violations of the Family Medical Leave Act ("FMLA"). In "Count One" and "Count Two" of the Complaint, Plaintiff further references violations of the American's With Disabilities Act Amendment Act ("ADAAA").

5. As the Court has original jurisdiction over the claims alleged in "Count Three" of the Complaint, the Court has supplemental jurisdiction over Plaintiff's state law claims alleged in "Count One" and "Count Two" of the Complaint. U.S.C. §§ 1367(a), 1441(c).

6. This entire action is removable based upon the Court's original and supplemental jurisdiction. 28 U.S.C §§ 1331, 1367, 1441(a), 1441(b), 1441(c) and 1446.

7. Venue is properly placed in the United States District Court for the Eastern District of Tennessee, Greenville Division because it is the district court for the district within which the state action is pending (the Chancery Court for Sullivan County, Tennessee), in accordance with 28 U.S.C. § 1446(a).

7. Undersigned counsel certifies, in accordance with 28 U.S.C. § 1446(d), that concurrent with the filing and service of this Notice of Removal, Defendant's "Notice of Filing Notice of Removal" has been served upon counsel for Plaintiff, E. Patrick Hull, P.O. Box 1388, Kingsport, Tennessee, 37662 and Philip R. Baker, 801F Sunset Dr., Suite 2, Johnson City, Tennessee, 37604.

8. Undersigned counsel further certifies, in accordance with 28 U.S.C. § 1446(d), that concurrent with the filing and service of this Notice of Removal, a copy of same, along with

Defendant's "Notice of Filing Notice of Removal" has been filed with the Clerk of the Chancery Court for Sullivan County, Tennessee. **EXHIBIT B**.

WHEREFORE, Defendant prays that said action now pending in the Chancery Court for Sullivan County, Tennessee be removed to the United States District Court for the Eastern District of Tennessee, Greenville Division.

Date: June 3, 2024	Respectfully submitted,

/s/*Mary Dohner-Smith*
Mary Dohner Smith, TN Bar No. 021451
mdohner@constangy.com
Kristin Titley, TN Bar No.
ktitley@constangy.com
Attorneys for Defendant
**CONSTANGY, BROOKS & SMITH, LLP**
750 Old Hickory Blvd.
Suite 260-2
Brentwood, TN 37027
(615) 320-5200
(615) 810-8060 (facsimile)

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the Notice of Filing Notice of Removal has been furnished to the below individuals by depositing same in the United States Mail, postage prepaid, on June 3, 2024.

      E. Patrick Hull
P.O. Box 1388
Kingsport, TN 37662

Philip R. Baker
Fowler Baker Shade PLLC
801F Sunset Dr., Suite 2
Johnson City, TN 37604

Attorneys for Plaintiff

      */s/ Mary Dohner-Smith*
      Mary Dohner-Smith